648 A.2d 722

IN THE MATTER OF FRANK J. HOERST,
III, AN ATTORNEY AT LAW.

November 2, 1994.

**ORDER**

This matter having been duly presented to the Court, it is ORDERED that **FRANK J. HOERST, III,** of **WOODSTOWN,** who was admitted to the bar of this State in 1974, and who was by Order of this Court dated February 18, 1994, suspended from the practice of law for a period of six months, effective March 11, 1994, be restored to the practice of law, effective immediately.